**DISMISS and Opinion Filed May 7, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01050-CV**

**ADELMA MCMAHON AND MARCO A. MONTEMAYOR, Appellants**
**V.**
**CARINA CANALES, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-04232-B**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Garcia

Appellants' brief in this case is overdue. By postcard dated April 10, 2024, we informed appellants their brief was overdue and directed appellants to file a brief within ten days. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellants have not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


                                                    /Dennise Garcia/
                                                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                                    DENNISE GARCIA
                                                    JUSTICE
231050F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ADELMA MCMAHON AND
MARCO A. MONTEMAYOR,
Appellants

No. 05-23-01050-CV        V.

CARINA CANALES, Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-23-04232-
B.

Opinion delivered by Justice Garcia.
Justices Reichek and Goldstein
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered May 7, 2024